IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01706-EWN-MJW

SPECTROGRAPHICS, INC.,

    Plaintiff,

v.

EXXONMOBIL CORPORATION,

Defendant.

---

### [PROPOSED] ORDER REGARDING MOTION TO WITHDRAW

( Docket No 20 )

Upon good cause shown, the Court hereby GRANTS attorney David S. Prince's Motion to Withdraw in the above-captioned case.

Dated: March 9, 2006

BY THE COURT

*[signature]*

~~United States District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

3523860_1.DOC